# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 12, 2007

134219

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PETER E. SHEFMAN, Individually,
and as Assignee of TERRACE LAND
DEVELOPMENT CORPORATION,
        Plaintiff-Appellant,

v

LAW OFFICE OF ERNST ASSOCIATES,
PLC, KEVIN ERNST, and HEATHER
BENDURE,
        Defendants-Appellees.

SC: 134219
COA: 269757
Wayne CC: 04-430220-NM

_____/

      On order of the Chief Justice, it appearing that the parties have stipulated to the dismissal of this action in the trial court, the application for leave to appeal is rendered moot and it is DISMISSED with prejudice and without costs.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 12, 2007

Clerk